IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00091 |
| | ) | Judge Trauger |
| | ) | |
| [2] DON MONTRAIL BRADFORD | ) | |

**O R D E R**

The court is in receipt of a letter from defendant Don Bradford dated August 19, 2013.

It is hereby **ORDERED** that the Clerk shall file this letter **under seal** as part of the record in this case. The Clerk is further directed to furnish to the defendant and to counsel for all parties a copy of both the letter and this Order.

The Probation Office is requested to look into this issue and report to the court.

It is so **ORDERED.**

Enter this 23rd day of August 2013.

_____
ALETA A. TRAUGER
United States District Judge